994 P.2d 560

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Carpentier v. Board of Trustees of ERS | 20827 | 02/09/1999 | Reversed and Remanded |
| State v. Perry | 21517 | 02/10/1999 | Vacated and Remanded |
| State v. Lau | 20636 | 02/17/1999 | Vacated and Remanded for New Trial |
| State v. Betts | 21001 | 02/18/1999 | Reversed |
| Spangler v. Pacific Ins. Co., Ltd. | 17403 | 03/30/1999 | Vacated and Remanded |
| Patten v. Kinoshita & Steele | 21685, 21546 | 04/28/1999 | Affirmed and Reversed in part |
| Mawae-Idemoto v. Au | 21465 | 06/14/1999 | Vacated and Remanded |
| Kaaihue v. Schlichtmann | 20467 | 08/16/1999 | Reversed and Remanded |
| State v. Holbron | 21265 | 09/09/1999 | Vacated and Remanded |
| State v. Tachera | 21941 | 10/18/1999 | Remanded |
| Leis v. Chatburn | 22194 | 01/31/2000 | Vacated and Remanded |
| Ass'n of Apt. Owners of Maalaea Kai, Inc. v. Stillson | 22310 | 02/28/2000 | Vacated and Remanded |

| | | | | |
|---|---|---|---|---|
| M&W, Inc. v. Pacific Guardian Life Ins. Co. | 19276 | 09/29/1998 | Denied | 966 P.2d 1098 |